**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN TEXAS

AUG 0 1 2022

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

RODNEY A. HURDSMAN,

              Plaintiff,

v.

BROCK SMITH, et al.,

              Defendants.

§
§
§
§
§
§
§
§
§

CASE NO. 1:22-CV-00406-RP-DH

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT AND TERMINATE THE LAWSUIT

COMES NOW, Rodney A. Hurdsman, Plaintiff pro se in the above-entitled and numbered cause, and pursuant to FED.R.CIV.P. 41, the Plaintiff now moves this Honorable Court to dismiss this lawsuit in its entirety with or without prejudice.

Respectfully submitted,

By: _Rodney A. Hurdsman_

Rodney A. Hurdsman #02170782
TDCJ-CID, Robertson Unit
12071 F.M. 3522
Abilene, Texas  79601